**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (IBEW), LOCAL 196, | ) |
| Plaintiffs, | ) |
| vs. | ) |
| ALWAYS UNDERGROUND INC., | ) |
| Defendant. | ) |

**PETITION FOR ENFORCEMENT OF ARBITRATION AWARD**

NOW COMES the Plaintiff, the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (IBEW), LOCAL 196, by its attorney, attorney Travis J. Ketterman of McGann, Ketterman, and Rioux, and for its Petition to Enforce Arbitration Award states as follows:

1. This is an action brought by the International Brotherhood of Electrical Workers (IBEW), Local 196 ("IBEW Local 196") to enforce an arbitration award.

2. Plaintiff IBEW Local 196 is an unincorporated voluntary association, with its principal place of business at 13300 Route 47, Huntley in Illinois. IBEW Local 196 is a labor organization as defined under Section 301 of the Labor Management Relations Act, as amended, 29 U.S.C. § 185.

3. The Defendant Always Underground, Inc. is an Illinois corporation with its principal place of business at 20603 Burl Court, Joliet in Illinois. Defendant is an employer engaged in an industry affecting commerce, within the meaning of 29 U.S.C. § 185.

4. This Court has jurisdiction of this action, pursuant to Section 301 of 29 U.S.C. § 185, as a suit for violation of a collective bargaining agreement between an employer and a labor

organization representing employees in an industry affecting commerce. This Court also has jurisdiction of this action, pursuant to the United States Arbitration Act, 9 U.S.C. §9, as a suit for confirmation of an arbitration award.

5. Venue is proper in the Northern District of Illinois, Eastern Division, pursuant to 29 U.S.C. § 185, because this is the District where the parties reside, where the cause of action arose, where all parties maintain their principal offices, and where representatives of the Union are engaged in representing or acting for their members. Venue is also proper in the Northern District of Illinois, Eastern Division, pursuant to 9 U.S.C.S. §9, as the arbitration award was made in this District.

6. Defendant Always Underground, Inc. entered into Agreements ("Agreement") whereby the Defendant agreed to be bound by the provisions of Collective Bargaining Agreements with IBEW Local 196. Specifically, the Defendant is bound to the Collective Bargaining Agreement No. 6-196-A and the Collective Bargaining Agreement No. 6-196-B.

7. The Agreements bound Defendant Always Underground, Inc. to the grievance procedure and to final and binding arbitration before the Joint Labor Management Committee.

8. During the months of May 2026 and July 2026, the Defendant Always Underground, Inc. failed to properly pay the amounts owed under the Collective Bargaining Agreement No. 6-196-A.

9. During the month of May 2026 and July 2026, the Defendant Always Underground, Inc. failed to properly pay the amounts owed under the Collective Bargaining Agreement No. 6-196-B.

10. IBEW Local 196 filed a grievance of these claims in accordance with the grievance and arbitration procedures contained in the collective bargaining agreements.

11. On August 28, 2026, the Joint Labor Management Committee issued an award ("Award") in favor of IBEW Local 196 and against Defendant Always Underground, Inc.

12. The Award stated in relevant part:

> In this instant case, the Labor Management Committee finds Always Underground Inc.to be in violation of Collective Bargaining Agreement No. 6-196-A for the months of May 2026 and July 2026 and Collective Bargaining Agreement No. 6-196-B for the months of May 2026 and July 2026.
>
> Always Underground Inc. is hereby directed to immediately report and pay all outstanding amounts including any amounts not listed above.
>
> In the event legal action is instituted, Always Underground Inc. shall be liable for all costs incurred by the Union or Trust Fund, including attorney fees, audit fees, if any, liquidated damages at the rate of 20% of the unpaid balance and interest as required by each Trust Fund from the date the payment, contributions and/or deduction was due by the Internal Revenue Service for the late payment of federal income taxes, unless otherwise specified in the Trust Agreement of the respective Fund.

13. IBEW Local 196 demanded compliance with the Award from Defendant Always Underground, Inc. in a September 8, 2026 demand communication.

14. IBEW Local 196 and Defendant Always Underground, Inc. exchanged further communications on September 23, 2026, October 9, 2026 and October 15, 2026.

15. Defendant Always Underground, Inc. has not paid any amount to IBEW Local 196 to satisfy the Award.

16. At present, IBEW Local 196 understands that Defendant Always Underground, Inc. owes delinquent contributions (without the addition of the ERISA damages) in excess of $1.54 million.

WHEREFORE, for the foregoing reasons, Plaintiff prays that this Honorable Court:

A. Issue an Order confirming the August 28, 2026 Decision and Award;
B. Enter Judgment in favor of IBEW Local 196 and against Defendant Always Underground, Inc.
C. Grant Plaintiff such other and further relief as the Court deems just and equitable.

Respectfully Submitted,

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS (IBEW), LOCAL 196

By: s/Travis J. Ketterman
TRAVIS J. KETTERMAN

McGann Ketterman & Rioux
111 East Wacker Drive, Suite 2300
Chicago, Illinois 60601
(312) 251-9700
tketterman@mkrlaborlaw.com
October 19, 2026